429 A.2d 103

Commonwealth v. Knox, Appellant.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

Submitted June 13, 1980. John R. Arney, Jr., for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

The order of the Court of Common Pleas of Delaware County of October 16, 1979 is hereby affirmed.